# UNITED STATES DISTRICT COURT

### for the

## Eastern District of California



**FILED**

AUG 1 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No.   5:14-mj-00038-JLT |
| HONG KHUN, | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   United States District Court, Eastern District of Pennsylvania, 601 Market Street,
_____
*Place*

Philadelphia, PA 19106, before the Duty Magistrate Judge
_____

on   _____ 9/2/2014 @ 9:00 AM _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance and Compliance Bond, if ordered.

**KHUN, Hong**
**Dkt. No. 14-038m**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐　(6)　The defendant is placed in the custody of:

　　　　　Name of person or organization

　　　who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

　　　　　SIGNED: _____
　　　　　　　　　　　　　　　CUSTODIAN

☑　(7)　<u>The defendant shall:</u>
　☑　　(a) report on a regular basis to the following agency:
　　　　　　Pretrial Services and comply with their rules and regulations;
　☑　　(b) report in person to the Pretrial Services Agency on the first working day following your release from custody;
　☑　　(c) cooperate in the collection of a DNA sample;
　☑　　(d) reside at a location approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Eastern District of CA and the Eastern District of Pennsylvania, for court-related purposes only, unless otherwise approved in advance by PSO;
　☑　　(e) report any contact with law enforcement to your PSO within 24 hours;
　☑　　(h) maintain or actively seek employment, and provide proof thereof to the PSO, upon request;
　☑　　(n) report any prescriptions to the PSO within 48 hours of receipt;
　☑　　(o) surrender your Cambodian passport or any other travel documents to the Clerk, United States District Court, and obtain no passport during the pendency of this case;

AO 199C  (Rev. 09/08- EDCA [Fresno])  Advice of Penalties          Page __3__ of __3__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

( ☑ )  The defendant is ORDERED released after processing.

Date: __8/15/14__

_____
*Judicial Officer's Signature*

Jennifer L. Thurston, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

# UNITED STATES DISTRICT COURT

for the

## Eastern   District of   California

UNITED STATES OF AMERICA,

|  |  |
|---|---|
| v. | )<br>)<br>)<br>)<br>) Case No.   5:14-mj-00038-JLT |

HONG KHUN

*Defendant*

## APPEARANCE AND COMPLIANCE BOND

### Defendant's Agreement

I,   Hong Khun   *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ☒ ) to appear for court proceedings;

    ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

    ( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☒ ) (1)   This is a personal recognizance bond.

( ☐ ) (2)   This is an unsecured bond of $ _____ , with net worth of: $ _____

( ☐ ) (3)   This is a secured bond of $ _____ , secured by:

    ( ☐ )   (a) $ _____ , in cash deposited with the court.

    ( ☐ )   (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____ .

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ )   (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____
_____ .

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11- EDCA [Fresno])   Appearance Bond

*Release of the Bond.*  The court may order this appearance bond ended at any time.  This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property/Net Worth.*  I, the defendant – and each surety – declare under penalty of perjury that:

      (1)     all owners of the property securing this appearance bond are included on the bond;

      (2)     the property is not subject to claims, except as described above; and

      (3)     I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.*  I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.  I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C.§ 1746.)

Date:    8/15/2014

                                    *Defendant's signature*

_____     _____
  *Surety/property owner – printed name*           *Surety/property owner – signature and date*

_____     _____
  *Surety/property owner – printed name*            *Surety/property owner – signature and date*

_____     _____
  *Surety/property owner – printed name*            *Surety/property owner – signature and date*

*CLERK OF COURT*

Date:    8/15/2014

                                *Signature of Clerk or Deputy Clerk*

Approved.

Date:    8/15/14

                                *Judge's signature*